IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Carrie Jones, | Case No.: 1:18-cv-00271-JPH |
| Plaintiff, | (Hon. Jeffrey P. Hopkins) |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE OF DS CONTAINERS, INC. ONLY** |
| Conagra Foods, Inc., et al., | |
| Defendants. | |

Plaintiff Carrie Jones and Defendant DS Containers, Inc., by and through their counsel, hereby stipulate that this matter shall be dismissed with prejudice as to defendant DS Containers, Inc. only, with each party to bear their own attorneys' fees and costs, and all rights of appeal waived.

SO STIPULATED:

*/s/ Joseph M. Lyons*
Joseph M. Lyon (0076050)

*/s/ Stuart J. Goldberg*
Stuart J. Goldberg (0029469)

*/s/ Frank V. Cesarone*
Frank V. Cesarone
Attorneys for Plaintiff

*/s/ Robert J. Comfort*
Robert J. Comfort
Attorneys for DS Containers, Inc.

**IT IS SO ORDERED.**

Date: February 20, 2025

*(signature)*
JUDGE

7545300.1