**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| CARRIE JONES, | : | |
| *Plaintiff,* | : | Case No. 1:18-cv-271 |
| vs. | : | Judge Jeffery P. Hopkins |
| CONAGRA FOODS, INC., et al., | : | |
| *Defendants.* | : | |

---

**CONDITIONAL ORDER OF DISMISSAL**

---

The Court has been advised by the parties that this case has settled. This matter, coming to be heard by a joint request of the parties and the Court being fully advised, it is hereby **ORDERED:**

1. This action is hereby **DISMISSED with prejudice**, with each party bearing their own costs;

2. The Court shall retain jurisdiction through the final settlement payment, to effectuate the settlement, including enforcement, adjudication of liens, approval where necessary and any other prudent matters; and

3. Any hearing or status dates in this matter are hereby stricken.

**IT IS SO ORDERED.**

June 10, 2025

Jeffery P. Hopkins
United States District Judge